```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| v. | : | |
| SHUBHADA INDUSTRIES, et al. | : | NO. 17-4324 |

## ORDER

AND NOW, this 7th day of June, 2018, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of the United States of America for summary judgment against defendants Babu Metgud a/k/a Bob Metgud and Shubhada Kalyani a/k/a Shubhada Sue Kalyani Metgud on Count I of the amended complaint (Doc. # 14) is GRANTED.

                                    BY THE COURT:


                                    /s/ Harvey Bartle III
                                                       J.